IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30288
Summary Calendar
_____

MICHAEL B. SMITH, Ph.D,

                                        Plaintiff-Appellant,

versus

F. SCOTT KENNEDY, et al.,

                                        Defendants,

F. SCOTT KENNEDY, et al.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-498
- - - - - - - - - - -
November 21, 1997

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Michael Smith appeals the district court's grant of summary judgment for the defendants-appellees.  Smith argues that the district court erred in dismissing his complaint arising under 42 U.S.C. §§ 1981, 1983, 1985, in which he alleged that the defendants-appellees had discriminated against him on the basis of his race when they dismissed him from the medical program at the Louisiana State University in Shreveport, Louisiana.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the parties' briefs and AFFIRM the district court's judgment for essentially the same reasons set forth by the district court.  Smith v. Kennedy, No. 95-CV-498 (W.D. La. Feb. 18, 1997).

AFFIRMED.